**STATE of Missouri, Respondent,**

v.

**John Henry RUPPEL, Appellant.**

**No. WD 40580.**

Missouri Court of Appeals,
Western District.

Dec. 13, 1988.

Nancy A. McKerrow, Columbia, for appellant.

William L. Webster, Atty. Gen., Daryl R. Hylton, Asst. Atty. Gen., Jefferson City, for respondent.

Before SHANGLER, P.J., and CLARK and NUGENT, JJ.

## ORDER

PER CURIAM:

Appeal from conviction of possession of a controlled substance in or about the premises of a correctional institution, § 217.360.1(1), R.S.Mo., 1986, and from sentence of four years' imprisonment.

AFFIRMED. Rule 30.25(b).